UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No.3:05-MJ-2126 |
| V. | ) | (GUYTON) |
| | ) | |
| ROBERT MAYS, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO BAIL REFORM ACT

The defendant appeared before the undersigned for an initial appearance on a Criminal Complaint on November 18, 2005. Assistant United States Attorney Michael Winck was present representing the government, and the defendant was not represented by counsel. The defendant was also present. The government moved for detention. A detention hearing is scheduled before the undersigned for **Tuesday, November 22, 2005, at 9:30 a.m.** The issue of custody will be addressed at that hearing. The defendant acknowledged and agreed that he would remain in detention. The defendant shall be held in custody by the United States Marshal until November 22, 2005, and produced for the above scheduled hearing.

ENTER:

    s/ H. Bruce Guyton
United States Magistrate Judge