UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No.3:05-MJ-2126 |
| V. | ) | (GUYTON) |
| | ) | |
| | ) | |
| ROBERT MAYS | ) | |

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO BAIL REFORM ACT

The defendant appeared in custody before the undersigned for a scheduled detention hearing on November 22, 2005. Assistant United States Attorney Michael E. Winck was present representing the government. Norman McKellar appeared as CJA appointed counsel for the defendant. The defendant moved for a continuance of the detention hearing and also requested a preliminary hearing. The government agreed to a continuance and the parties agreed to schedule the detention hearing and the preliminary examination on **Monday, November 28, 2005, at 2:00 p.m.** The defendant shall be held in custody by the United States Marshal until November 28, 2005, and produced for the above scheduled hearing.

ENTER:

s/ H. Bruce Guyton
UNITED STATES MAGISTRATE JUDGE